UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,          :      **NOTICE OF APPEARANCE**

                                   :

         -against-             :      **Crim. No. 26-CR-190 (LDH)**

                                   :

MALIK BEASLEY,                  :

                                   :

              *Defendant.*        :

                                   :

-----------------------------------------------------------------X

      TO:    CLERK OF COURT

      **PLEASE TAKE NOTICE** that DAVID GELFAND, Esq., of The Law Offices of Jason

Goldman, 275 Madison Avenue, 35th Floor, New York, New York 10016, an attorney duly

admitted to practice in this Court, appears as counsel of record for Defendant MALIK BEASLEY

in the above-captioned matter.

      Dated:     New York, New York
                 July 1, 2026

**DAVID GELFAND, ESQ.**
The Law Offices of Jason Goldman
275 Madison Ave., 35th Floor
New York, NY 10016
Tel: 212-466-6617
dg@jasongoldmanlaw.com

*Attorney for Defendant Malik Beasley*