# The Law Offices of Jason Goldman

275 Madison Avenue, 35th Floor
New York, New York 10016
www.jasongoldmanlaw.com

Jason Goldman, Esq.
David Gelfand, Esq.
Admitted in NY & NJ

p. 212.466.6617
f. 212.931.6328
e. jg@jasongoldmanlaw.com

July 15, 2026

*VIA EMAIL*:
Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Beasley et al.*, **26-cr-190 (LDH) (E.D.N.Y.)**

Dear Judge DeArcy Hall:

Our office represents[1] Mr. Beasley in the above-captioned case. We write in response to Magistrate Judge Taryn A. Merkl's order, made on the record at Mr. Beasley's arraignment, that defense counsel provide an update regarding the status of Mr. Beasley's passport.

On December 4, 2025, Mr. Beasley attempted to renew his expired passport at the Detroit Passport Agency ("Agency"), located in the Patrick McNamara Federal Building at 477 Michigan Avenue, 3rd Floor, Detroit, Michigan 48226. As a result of an IRS hold, stemming from a delinquent tax debt, the Agency took possession of Mr. Beasley's expired passport, which it continues to maintain in its possession.

Subsequently, Mr. Beasley engaged Agustin Arbulu, a tax attorney, who has been in contact with the IRS regarding a payment plan for Mr. Beasley and is assisting with any outstanding IRS debts as well as future tax balances and filings. Following Judge Merkl's directive, our office spoke with Mr. Arbulu, who confirmed that the Agency will not update, return back, or reissue an expired passport during this delinquency phase. Mr. Arbulu also confirmed that Mr. Beasley is restricted by the IRS from applying for a new passport if his filings with the IRS are not current. As of today, Mr. Beasley's filings are not current and Mr. Arbulu is

---

[1] Mr. Beasley has also retained Steve Haney, whose motion to appear *pro hac vice* is pending.

# Jason Goldman, Esq.

continuing to structure and have executed an installment agreement with the IRS.

Therefore, at this time, the expired passport is unavailable to be surrendered to Pretrial Services or defense counsel.  Should the expired passport become available, defense counsel will take physical possession of it, as directed by Judge Merkl, which we will then promptly surrender to Pretrial Services.  Furthermore, given the agreed-upon bail conditions, Mr. Beasley will not be applying for any new travel documents, such as a passport, even when he would otherwise be eligible to do so to the extent his delinquency status is lifted in the future.  Mr. Haney has advised the government, by way of AUSA Benjamin Weintraub, of the status of Mr. Beasley's passport hold as outlined in this letter.

Respectfully,

_____

Jason Goldman, Esq.
*Counsel for Malik Beasley*

cc:     All parties (*via* ECF)