_____

UNITED STATES OF AMERICA

Case No. 26-CR-00190 (LDH)

v.

MALIK BEASLEY,

   *Defendant*.

_____

### **<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>**

Jason Goldman and David Gelfand, undersigned counsel for defendant Malik Beasley respectfully moves for an Order, pursuant to Local Criminal Rule 1.1(b) and 1.2 and Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting permission for our withdrawal from the case at bar on the following grounds:

1.  Defendant Malik Beasley's additional counsel, Steve Haney, has filed a motion to appear *pro hac vice* in this matter and a subsequent notice of appearance. *See* Dkt. No. 49; 62.

2.  The undersigned has consulted with the Defendant, who has confirmed his understanding that said counsel will be responsible for his representation in this matter. Discharging the undersigned counsel will further the Defendant's ability to allocate resources to best effectuate his defense in this matter. The undersigned is not asserting a retaining or charging lien.

3.  Pursuant to Local Criminal Rules 1.1(b) and 1.2, permission for attorney withdrawal is required according to the terms of Local Civil Rule 1.4(b), which provides for granting

withdrawal upon a showing of satisfactory reasons. The reasons for withdrawal in this case, that a highly qualified attorney of another law firm has been designated by the Defendant to handle his representation, meet the requisite showing.

4. Undersigned counsel has conferred with the attorneys for the government in this case regarding the government's position on the instant motion to withdraw. The undersigned is authorized to represent that the government does not oppose the relief sought by this motion.

WHEREFORE, for the reasons set forth herein and in the interest of justice, the undersigned counsel respectfully requests that the Court grant the motion for leave to withdraw.

Respectfully submitted,



_____
Jason Goldman, Esq.
David Gelfand, Esq.
The Law Offices of Jason Goldman
275 Madison Ave., 35th Fl.
New York, New York 10016
212.466.6617

## CERTIFICATE OF SERVICE UPON DEFENDANT

I hereby certify that on this 23rd Day of July, 2026, I served a copy of this motion upon Defendant Malik Beasley via U.S. Mail and Electronic Mail.

BY: _____
Jason Goldman, Esq.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

UNITED STATES OF AMERICA

                                 Case No. 26-CR-00190 (LDH)

     v.


MALIK BEASLEY,

     *Defendant*.

_____

**<u>ORDER</u>**

The motion for an order granting the withdrawal of Jason Goldman as counsel for

defendant Malik Beasley in the above-captioned action is GRANTED.



Dated: July __, 2026
New York, New York


                                  _____
                                  HON. LASHANN DEARCY
                                  United States District Judge