UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,                                 :

                               Plaintiff,                          : **STIPULATION OF SUBSTITUTION**
                                                      **OF COUNSEL**

              -against-                                           :
                                          26-CR-00190-LDH-1

MALIK BEASLEY,                                             :

                         Defendant.                          :
------------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that

JEFFREY LICHTMAN, ESQ., Law Offices of Jeffrey Lichtman, 441 Lexington Avenue, Suite

504, New York, New York 10017, is substituted as the attorney for defendant MALIK

BEASLEY in place and instead of JASON GOLDMAN, ESQ. and DAVID GELFAND, ESQ.,

The Law Offices of Jason Goldman, 275 Madison Avenue, 35th Floor, New York, New York

10016.

Dated: New York, New York
       July 23, 2026

_____
JEFFREY LICHTMAN, ESQ.
Substituted Attorney for Defendant

_____
JASON GOLDMAN, ESQ.
Former Attorney for Defendant

_____
DAVID GELFAND, ESQ.
Former Attorney for Defendant

SO ORDERED:

_____
Hon. LaShann DeArcy Hall, U.S.D.J.