KTF/BW/DIB
F. #2026R00188

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 29, 2026

By ECF and E-Mail

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  United States v. Malik Beasley, et al.
        Criminal Docket No. 26-190 (LDH)

Dear Judge DeArcy Hall:

    The government respectfully writes to request that the Court so-order the attached Stipulation and Order governing the use and distribution of discovery material by the defendants in the above-captioned case.  The government requests that the Court so-order the Stipulation and Order in light of substantial third-party personal information contained in the discovery material in this case.  The proposed Stipulation and Order, which has been signed by the parties, is respectfully enclosed for the Court's consideration.

           Respectfully submitted,

           JOSEPH NOCELLA, JR.
           United States Attorney

    By:  *Benjamin Weintraub*
           Kaitlin Farrell
           Benjamin Weintraub
           David I. Berman
           Assistant United States Attorney
           (718) 254-6167

cc:  Clerk of Court (LDH) (by ECF and E-Mail)
   Counsel of Record (by ECF and E-Mail)