**HANEY LAW GROUP, PLLC**
**ATTORNEYS AT LAW**
22815 Kelly Road · Eastpointe, Michigan 48021
(248) 414-1470 · Steve@haneygroup.net · www.haneylaw.group
*Licensed in Arizona and Michigan*

September 1st, 2026

VIA CM/ECF

The Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Malik Beasley*
Case No. 26-CR-190 (LDH)
**Letter Motion for Leave to Travel — September 6th–15th, 2026**

Dear Judge DeArcy Hall:

This firm represents defendant Malik Beasley in the above-captioned matter. I write respectfully to request an Order permitting Mr. Beasley to travel outside the district of his residence from September 6 through September 15, 2026, to Rancho Mirage, California, and thereafter to the Island of Hawaii. Both destinations are within the United States. No international travel is requested, and none is contemplated.

**Background.** Mr. Beasley surrendered voluntarily to agents of the Federal Bureau of Investigation on July 1, 2026, and was arraigned that afternoon before Magistrate Judge Taryn A. Merkl. The Government and the defense consented to a bail package of $100,000 secured by two sureties. The Court granted the bond application, Mr. Beasley was advised of his conditions and signed the bond, and he was released the same day. He has appeared as required and has complied with every condition of his release since.

Mr. Beasley does not possess a valid US passport. As reflected in the Pretrial Services Report, his United States passport was seized by the Internal Revenue Service in connection with an outstanding tax obligation and it remains outside his possession. He is a United States citizen by birth, has no family residing abroad, and maintains a settled residence at 650 NE 32nd Street, Apartment 3301, Miami, Florida.

**Purpose of the requested travel.** The trip has two purposes. First, Mr. Beasley's two minor children reside in the Palm Springs, California area with their mother, from whom he is separated pending finalization of their divorce. He wishes to spend several days with his children before the school year begins. Second, he has a professional engagement in Hawaii in connection with a resort promotion, together with several days of personal time. Mr. Beasley's present income derives from social-media and promotional work, and this engagement is part of that work.

**Proposed itinerary.** The itinerary is as follows. Copies of the lodging confirmations are enclosed.

**<u>Sunday, September 6th, 2026 - Tuesday, September 8th, 2026</u>**

Flight Confirmation #IUWMSP / American Airlines Flight AA713
Depart MIA @ 7:05 am and Arrive LAX @ 9:30 am

Lodging: The Ritz-Carlton, 68900 Frank Sinatra Drive, Rancho, Mirage, California 92270 - (760) 321-8282

**<u>Tuesday, September 8th, 2026</u>**

Lodging: The Waldorf Astoria, 9850 Wilshire Blvd, Beverly Hills, Michigan 90210 - (310) 860-6666

**Wednesday, September 9th, 2026 - Monday, September 14th, 2026**

Flight Confirmation #H47QIE / Delta Flight DL311
Depart LAX @ 4:38 pm and Arrive KOA @ 7:15 pm:

Lodging: Kona Village, 72 300 Maheawalu Drive, Kailua-Kona, Hawaii 96740 - (808) 865-0100

**Monday, September 14th, 2026**

Flight Confirmation #H5PGS6 / Delta Flight DL485
Depart KOA @ 8:55 pm and Arrive SEA @ 5:51 am

**Tuesday, September 15th, 2026**

Flight Confirmation #H5PGS6 / Delta Flight DL506
Depart SEA @ 7:59 am and arrive MIA @ 5:07 pm
Returning directly to residence.

**Proposed conditions.** Mr. Beasley is prepared to travel subject to any conditions the Court deems appropriate, and specifically offers the following: (i) that he provide the complete itinerary, including all flight, lodging, and contact information, to United States Pretrial Services in advance of departure and notify Pretrial Services promptly of any change; (ii) that he remain reachable by telephone at all times and report to Pretrial Services as directed during the period of travel; (iii) that he undertake no international travel and travel only to the destinations identified above; and (iv) that he return directly to his residence in Miami, Florida, on September 15, 2026, and report to Pretrial Services upon his return.

**Positions of the Government and Pretrial Services.** The undersigned has conferred with Assistant United States Attorney Benjamin Weintraub, who advises that the Government has **no objection** to this request. The undersigned has also conferred with United States Pretrial Services, who advises that Pretrial Services has **no objection** to this request.

This Court may amend the conditions of Mr. Beasley's release at any time. *See* 18 U.S.C. § 3142(c)(3). The requested travel is domestic, is documented, is limited in duration, and serves both Mr. Beasley's relationship with his minor children and his present means of earning a living. Mr. Beasley has honored every obligation this Court has placed upon him since his release, and he will honor these as well.

For the foregoing reasons, Mr. Beasley respectfully requests that the Court enter an Order permitting the travel described above, subject to such conditions as the Court finds appropriate. A proposed Order is enclosed for the Court's convenience.

Thank you for your consideration of this request.

Very truly yours,
HANEY LAW GROUP, PLLC

/s/ **Steven A. Haney, Sr.**
Steven A. Haney (P63947)
*Attorney for Defendant Malik Beasley*

Enclosures: Lodging confirmations (2); Proposed Order

cc: All counsel of record (via CM/ECF)
United States Pretrial Services

10:00

MARRIOTT BONVOY

# The Ritz-Carlton, Rancho Mirage

★ 4.1 (1729)

STAY DETAILS

**Sun, Sep 06, 2026 - Tue, Sep 08, 2026**
1 Room, 1 Adult

## Available Upgrades

← Back to Original Reservation

### Your Current Booking

Confirmation Number: 71093649



Resort King, Guest room, 1 King, Balcony

Sun, Sep 06, 2026 - Tue, Sep 08, 2026

Member Rate Flexible

# CONFIRMATION

Dear Malik Beasley
Your reservation details are as follows:

+12122928989
info@weknowhotels.com
1449 37th St., Brooklyn, NY 11218

**Kona Village, A Rosewood Resort**
72 300 Maheawalu Drive
Kailua-Kona, Hawaii 96740

| | |
|---|---|
| Confirmation # | 8209 |
| Check-in: | 09/09/26 |
| Check-out: | 09/14/26 |
| Length: | 5 nights |
| Number of rooms: | 1 |
| Guests: | 2 Adults |
| Room Type: | Lagoon View Two Queens Hale |
| Cancellation Policy: | Available if made 21 days prior to arrival |
| WKH Benefit: | • VIP Amenities |

**Thank you for choosing We Know Hotels**

We look forward to welcoming you soon.
If you have any questions about your reservation,
please don't hesitate to contact us.